No. 99–430. LIGGINS *v.* MCDONNELL DOUGLAS CORP. ET AL. C. A. 8th Cir. Certiorari denied. 

No. 99–435. GASTON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 99–436. RNJ INTERSTATE CORP. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied. 

No. 99–443. BUSTOS *v.* WEST, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied. 

No. 99–444. LAFAVER *v.* PRAGER. C. A. 10th Cir. Certiorari denied. 

No. 99–447. XOMOX CORP. ET AL. *v.* FEDERAL INSURANCE CO., AS SUBROGEE OF CHARLES LOWE CO. C. A. 9th Cir. Certiorari denied. 

No. 99–453. WILLETT *v.* CITY UNIVERSITY OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied. 

No. 99–454. RICHARDSON *v.* DEPARTMENT OF VETERANS AFFAIRS ET AL. C. A. 5th Cir. Certiorari denied. 

No. 99–457. FRITH *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 99–472. JASON B. *v.* CONNECTICUT. Sup. Ct. Conn. Certiorari denied. 

No. 99–473. LABORERS NATIONAL PENSION FUND ET AL. *v.* AMERICAN NATIONAL BANK & TRUST COMPANY OF CHICAGO ET AL. C. A. 5th Cir. Certiorari denied. 

No. 99–477. BROWN *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied.